# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BRYANT GIBSON, | : | |
| Petitioner, | : | CIVIL ACTION NO. 17-0040-WS-MU |
| | : | |
| vs. | : | CRIMINAL NO. 13-0252-WS-MU |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | | |

## ORDER

After due and proper consideration of all portions of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated October 6, 2017, is **ADOPTED** as the opinion of this Court.

**DONE** this 6th day of November, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE